NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GERMAN PITO AYALA,                    )
DOC #719868,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-2062
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____  )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Judge.

German Pito Ayala, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.